Christopher J. Moenig, SBN 267286
Antoine J. Bastien van der Meer, SBN 288525
HUGHEY MOENIG, LLP
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.596.0003
Facsimile: 916.596.0003
cmoenig@hugheymoenig.com
abastien@hugheymoenig.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| HOWARD JONES INVESTMENTS, LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>City of Sacramento and City of Sacramento Police Department,<br><br>　　　　　　　Defendants. | Case No.  2:15-cv-00954-JAM-DAD<br><br>**ORDER FOR CONTINUANCE OF HEARING FOR DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR ORDER** |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion for Order currently scheduled for August 5, 2015, is continued to October 7, 2015 at 9:30 a.m., in Courtroom 6 of United States District Court, Eastern District.

///
///
///
///
///
///

///

**IT IS FURTHER ORDERED** that Plaintiff's opposition papers to Defendants' Motion to Dismiss are due on September 23, 2015. Defendants' reply papers in support of Defendants' Motion to Dismiss are due on September 30, 2015. Plaintiff's reply papers in support of Plaintiff's Motion for Order are due on September 30, 2015.

Dated:  7/20/2015                              /s/ John A. Mendez_____
                                                            Honorable John A. Mendez
                                                            United States District Court Judge