| | |
|---|---|
| 1 | **RIVERA & ASSOCIATES** |
| | 2180 Harvard Street, Suite 310 |
| 2 | Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1303 |
| | Jesse M. Rivera, SBN 84259 |
| 4 | Jonathan B. Paul, SBN 215884 |
| | Shanan L. Hewitt, SBN 200168 |
| 5 | Jill B. Nathan, SBN 186136 |
| | Jamil Ghannam, SBN 300730 |

Attorneys for Defendants,
City of Sacramento, Sacramento Police Department,
Matt Armstrong, Michael Benner, Sam Somers Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JONES INVESTMENTS, LLC, a California Limited Liability Company; LOWELLA OLDHAM; ADA LEEPER; DOLLY LEEPER; ERICKA WARD; and ALONZO MEDLEY.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE DEPARTMENT; MATT ARMSTRONG; MICHAEL BENNER; SAM SOMERS, JR.; and DOES 1 through 20,<br><br>Defendants. | Case No: 2:15-cv-00954 JAM KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>**ORDER** |

**GOOD CAUSE** appearing, the Court hereby grants the parties stipulation, and all defendants shall be granted an extension of time in which to respond. Said responsive pleading to the First Amended Complaint (Doc. 27) shall be filed no later than January 8, 2016.

**IT IS SO ORDERED.**

Date: 12/8/2015         /s/ John A. Mendez
                        JOHN A. MENDEZ
                        U.S. DISTRICT COURT JUDGE
                        EASTERN DISTRICT OF CALIFORNIA