RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303
Email: jesse@jmr-law.net

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil Ghannam, CSN 300730

Attorneys for Defendants,
City of Sacramento, Sacramento Police Department,
Matt Armstrong, Michael Benner, Sam Somers Jr.

# IN THE UNITED STATESDISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JONES INVESTMENTS, LLC, LOWELLA OLDHAM; ADA LEEPER; DOLLY LEEPER; ERICKA WARD; and ALONZO MEDLEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE DEPARTMENT; MATT ARMSTRONG; MICHAEL BENNER; SAM SOMERS, JR.; and DOES 1 through20,<br><br>　　　　　Defendants. | Case No: 2:15-cv-00954 JAM KJN<br><br>**ORDER** |

On April 21, 2016 this Court issued the following order:

> "[T]he Court STAYS this action as to the third through sixth causes of action.  All claims asserted by Plaintiff Howard Jones are stayed pending resolution of the state proceeding.  As to the tenants, the Court DISMISSES WITH LEAVE TO AMEND the first and second causes of action against

Proposed Order
Page 1

Defendant City of Sacramento and DENIES the motion to dismiss those two claims against Defendant Armstrong.  The Tenant Plaintiffs' amended complaint, if any, must be filed within (20) days of the date of this order. Defendants' responsive pleading is due within twenty (20) days thereafter."

The Tenant Plaintiffs did not file a second amended complaint to address the first and second causes of action against Defendant City of Sacramento, which were dismissed with leave to amend.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the first and second causes of action in the first amended complaint against Defendant City of Sacramento are dismissed. Defendants' responsive pleading to the first and second causes of action against Defendant Armstrong must be filed within ten (10) days of the date of this order.

Date: May 20, 2016            /s/ John A. Mendez
                              JOHN A. MENDEZ
                              U.S. DISTRICT COURT JUDGE
                              EASTERN DISTRICT OF CALIFORNIA